UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-cv-198-RJC-DSC

| | |
|---|---|
| HARWOOD RIVERS,           )<br>                              )<br>    Plaintiff,              )<br>                              )<br>    v.                        )<br>                              )<br>ARCHER DANIELS MIDLAND COMPANY )<br>and ADM TRUCKING, INC.,     )<br>                              )<br>    Defendants.               )<br>_____) | **ORDER** |

**This matter** comes before the Court on the parties Joint Motion to Remand and Stipulation as to Amount in Controversy (Doc. 7), in which Plaintiff Harwood Rivers stipulated that his damages do not exceed 74,999.99. Additionally, Plaintiff consented to reduce any jury award to $74,999.99 in the case that a jury awards an amount greater than that. This matter having been removed to this Court on the grounds of diversity jurisdiction under 28 U.S.C. 1332, the stipulations by Plaintiff demonstrate that the amount in controversy is not satisfied and that the matter must be remanded to Mecklenburg County Superior Court, who has proper jurisdiction over the matter.

Accordingly, the joint motion for remand (Doc. 7) is **granted**, and the case is **remanded** to Mecklenburg County Superior Court. The Clerk of Court is directed to close this case.

Signed: May 16, 2014

_____
Robert J. Conrad, Jr.
United States District Judge